# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JAMES EDGAR MUNSON,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 3:10CV156-1-W

DECISION BY COURT. This action having come before the Court by MOTION and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/8/2010 Order.

Signed: June 8, 2010

Frank G. Johns, Clerk
United States District Court